# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Boston Division

Robert Pelusi
V.
National Railroad Passenger Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 04 12236 RGS

TO: (Name and address of Defendant)

National Railroad Passenger Corporation
253 Summer Street
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Joyce III
HANNON & JOYCE
The Public Ledger Bldg. - Ste. 1000
Philadelphia, PA 19106

Michael J. McDevitt, Local Counsel
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Suite 345
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

OCT 25 2004
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   United States Mail, Certified, Return Receipt. See attached returned receipt.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                                  *Signature of Server*

                                          _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.