UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **ROBERT PELUSI**<br>**Plaintiff,**<br><br>**v.**<br><br>**NATIONAL RAILROAD**<br>**PASSENGER CORPORATION**<br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO. 04 12236 RGS** |

## NOTICE OF APPEARANCE

Please enter our appearance as counsel for Defendant, National Railroad Passenger

Corporation (also known as "AMTRAK").

DATED: January 21, 2005

_____
John A. Kiernan, BBO #271020

_____
Stephen E. Hughes, BBO #629644
BONNER KIERNAN
TREBACH & CROCIATA
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

## CERTIFICATE OF SERVICE

I, Stephen E. Hughes, hereby certify that I have, on January 21, 2005, served a true copy of the foregoing document by first class mail, postage prepaid, to counsel for Plaintiff as follows:

Thomas J. Joyce, III, Esq.
Hannon & Joyce
The Public Ledger Building – Suite 1000
150 S. Independence Square West
Philadelphia, PA 19106

Michael J. McDevitt, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210

_____
Stephen E. Hughes