UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT PELUSI<br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD<br>PASSENGER CORPORATION<br>Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04 12236 RGS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter our appearance as counsel for Defendant, National Railroad Passenger Corporation (also known as "AMTRAK").

DATED: January 21, 2005

_John A. Kiernan_
John A. Kiernan, BBO #271020

_Stephen E. Hughes_
Stephen E. Hughes, BBO #629644
BONNER KIERNAN
TREBACH & CROCIATA
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

## CERTIFICATE OF SERVICE

I, Stephen E. Hughes, hereby certify that I have, on January 21, 2005, served a true copy of the foregoing document by first class mail, postage prepaid, to counsel for Plaintiff as follows:

Thomas J. Joyce, III, Esq.
Hannon & Joyce
The Public Ledger Building – Suite 1000
150 S. Independence Square West
Philadelphia, PA 19106

Michael J. McDevitt, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210

_____
Stephen E. Hughes