May 16, 2005

Honorable Richard G. Stearns
United States District Court
1 Courthouse Way
Boston, MA   02210

Re:   Robert Pelusi vs. National Railroad Passenger Corporation
      Civil Action No. 04-12236-RGS

Dear Judge Stearns:

Please note our representation of the Plaintiff in the above-captioned FELA personal injury action.

Please be advised that Michael J. McDevitt, Plaintiff's local counsel, will attend the Scheduling Conference on May 16, 2005 at 3:00 P.M.  I will be available, if needed, to participate by telephone in the conference.

If you have any questions or need additional information, please do not hesitate to contact me.  Thank you for your time and consideration.

                                        Respectfully,

                                        /s/ Thomas J. Joyce

                                        THOMAS J. JOYCE, III

TJJ:mgm
cc:   Michael J. McDevitt, Esquire
      Stephen E. Hughes, Esquire