IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

ROBERT PELUSI,
          Plaintiff

v.                      Civil Action No.:  04-12236RGS

NATIONAL RAILROAD
PASSENGER CORPORATION,

          Defendant

### RULE 16(O)(3) CERTIFICATION

       This is to certify that the Plaintiff, Robert Pelusi, and his counsel, Thomas J. Joyce, III, Esquire and Michael J. McDevitt, Esquire, have conferred to establish a budget for the full litigation of the above-captioned matter as well as a budget for various alternative courses.  Robert Pelusi and his counsel have further discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs, and Plaintiff and Plaintiff's counsel feel that this case may benefit from mediation prior to jury trial.

Respectfully Submitted,

ATTORNEY FOR PLAINTIFF            ATTORNEY FOR PLAINTIFF


/s/ Thomas J. Joyce, III, Esquire        /s/ Michael J. McDevitt, Esquire
Thomas J. Joyce, III, Esquire           Michael J. McDevitt, Esquire
HANNON & JOYCE                     LAWSON & WEITZEN, LLP
                                            Local Counsel for Plaintiff
                                            88 Black Falcon Avenue, Suite 345
PLAINTIFF                                  Boston, MA 02210


/s/ Robert Pelusi
Robert Pelusi

Dated: 5-16-2005