## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT PELUSI<br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD<br>PASSENGER CORPORATION<br>Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04-12236 RGS<br>)<br>)<br>)<br>) |

## DEFENDANT AMTRAK'S CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 16.1, Defendant, National Railroad Passenger Corporation (d/b/a Amtrak) and its counsel, Bonner Kiernan Trebach & Crociata, have conferred regarding: (a) the budget for the costs of conducting the full course - and various alternative courses - of the litigation of the above-captioned matter; and (b) consideration of the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

SIGNED:

John A. Kiernan BBO No. 271020
Stephen E. Hughes BBO No. 629644
BONNER KIERNAN TREBACH &
CROCIATA   CORPORATION,
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

C.F. Kleykamp
Manager, Claims Services
NATIONAL RAILROAD PASSENGER
(d/b/a Amtrak)
Union Station
50 Union Avenue, 4th Floor West
New Haven, CT 06519
(203) 773-6030

## CERTIFICATE OF SERVICE

I, Stephen E. Hughes, hereby certify that I have, on, May 16, 2005, served a copy of the foregoing document by delivering a copy in hand to Plaintiff's local counsel.

Stephen E. Hughes