## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT PELUSI**<br>**Plaintiff,**<br><br>**v.**<br><br>**NATIONAL RAILROAD**<br>**PASSENGER CORPORATION**<br>**Defendant.** | )<br>)<br>)<br>)<br>)    **CIVIL ACTION NO. 04 12236 RGS**<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S
## MOTION FOR SUMMARY JUDGMENT

Plaintiff Robert Pelusi ("Plaintiff") brings a claim seeking damages for personal injury under the Federal Employer's Liability Act ("FELA"). He alleges that he suffered a heart attack while working as a red cap baggage handler due to the negligence of his employer, the defendant National Railroad Passenger Corporation ("Amtrak") which failed to provide him a safe workplace. However, Plaintiff never complained of heart problems or asked his supervisors for any accommodation for any ongoing heart condition he might have. As a result, Amtrak had no reason to foresee that he would have a heart attack. Furthermore, there is no competent evidence that Amtrak breached its duty of care by allegedly failing to provide him a safe workplace.

Plaintiff also alleges negligence and violation of FELA because of failure to comply with the Federal Safety Appliance and Boiler Inspection Acts. However, these statutes are completely inapplicable to Plaintiff's work as a red cap.

As a result, there is no evidence of negligence or violation of FELA and summary judgment should be granted to Amtrak.

In support of this motion, the defendant Amtrak submits and incorporates herein by reference a Memorandum of Law in Support of its Motion for Summary Judgment, a Statement of Undisputed Material Facts, and a submission of documentary exhibits pursuant to Local Rule 56.1, all of which have been filed herewith.[1]

WHEREFORE, the defendant Amtrak requests that its Motion for Summary Judgment be granted.

## REQUEST FOR ORAL ARGUMENT

Amtrak submits that oral argument will assist in the presentation of the issues involved in said motion and opposition thereto and, therefore, respectfully requests oral argument.

DEFENDANT,
National Railroad Passenger Corporation,
by its attorneys,

DATED:  March 15, 2006

s/Stephen E. Hughes
John A. Kiernan, BBO #271020
Stephen E. Hughes, BBO #629644
Bonner Kiernan Trebach & Crociata, LLP
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

## CERTIFICATE OF SERVICE

I, Stephen E. Hughes, hereby certify that, on March 15, 2006, I served a copy of the foregoing document by sending same by first class mail, postage prepaid, to counsel for each other party as follows:

---

[1]    The exhibits have been filed in hard copy by hand delivery to the court at the request of the Court.

Plaintiff's Counsel:
Thomas J. Joyce, III, Esq.
Hannon & Joyce
The Public Ledger Building – Suite 1000
150 S. Independence Square West
Philadelphia, PA 19106

Plaintiff's Local Counsel:
Michael J. McDevitt, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210

s/Stephen E. Hughes
Stephen E. Hughes
