UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT PELUSI<br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD<br>PASSENGER CORPORATION<br>Defendant. | CIVIL ACTION NO. 04 12236 RGS |

### DEFENDANT'S MOTION FOR LEAVE TO FILE
### REPLY TO PLAINTIFF'S OPPOSITION TO
### NATIONAL RAILROAD PASSENGER CORPORATION'S
### <u>MOTION FOR SUMMARY JUDGMENT</u>

Pursuant to Local Rule 7.1(B)(3), Defendant National Railroad Passenger Corporation ("Amtrak") moves for leave to file a four page Reply to *Plaintiff Robert Pelusi's Opposition to Amtrak's Motion for Summary Judgment* in order to correct significant errors and misstatements of fact that appear therein that might otherwise be relied upon to deny Amtrak's Motion for Summary Judgment. Plaintiff does not oppose this motion.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Certification:**
Counsel for Amtrak and Plaintiff conferred by telephone on
April 6, 2006, at which time Plaintiff's counsel stated his client
will not oppose the Motion. The provisions of LR 7.1 have
been complied with.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WHEREFORE, Amtrak moves this honorable Court to permit Amtrak to file a brief Reply to Plaintiff's Opposition to Amtrak's Motion for Summary Judgment.

                                            DEFENDANT,
                                            National Railroad Passenger Corporation,
                                            by its attorneys,

DATED: April 6, 2006                  s/Stephen E. Hughes
                                            John A. Kiernan, BBO #271020
                                            Stephen E. Hughes, BBO #629644
                                            Bonner Kiernan Trebach & Crociata, LLP
                                            One Liberty Square - 6th Floor
                                            Boston, MA 02109
                                            (617) 426-3900

## CERTIFICATE OF SERVICE

I, Stephen E. Hughes, hereby certify that, on April 6, 2006, I served a copy of the foregoing document by sending same by first class mail, postage prepaid, to counsel for each other party as follows:

<u>Plaintiff's Counsel:</u>
Thomas J. Joyce, III, Esq.
Hannon & Joyce
The Public Ledger Building – Suite 1000
150 S. Independence Square West
Philadelphia, PA 19106

<u>Plaintiff's Local Counsel:</u>
Michael J. McDevitt, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210

                                            s/Stephen E. Hughes
                                            Stephen E. Hughes