# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

ROBERT PELUSI

        V.                             CIVIL ACTION NO. 04-12236-RGS

NATL. RAILROAD PASSENGER CORP.

## ORDER SETTING CASE FOR TRIAL

STEARNS, DJ.

    THE ABOVE-CAPTIONED ACTION IS HEREBY SET FOR JURY TRIAL ON

MONDAY, OCTOBER 2, 2006 AT 9:00 A.M. IN COURTROOM #21, 7TH

FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

    ON OR BEFORE SEPTEMBER 26, 2006, COUNSEL SHALL FILE THE FOLLOWING

MATERIALS WITH THE COURT:

    1.  Any stipulated or admitted facts in a form suitable for presentation to the Court or jury;

    2.  A list of prospective witnesses, including names, city or town of residence, or business institutional address;

    3.  An identification by inclusive page and lines of any portions of depositions or interrogatory responses to be offered at trial, and a precise statement of any objections thereto;

    4.  A "Joint List of Exhibits" as to which there is NO objection, IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF NUMBERS, regardless of which party is the proponent of an exhibit (such exhibits are deemed ADMITTED and need NOT be independently offered at trial;

    5.  A "List of Exhibits to be Offered at Trial", as to which a party reserves the right to object, IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF CAPITAL LETTERS, regardless of which party is the proponent of an exhibit;

    6.  Motions in Limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;

    7.  A TRIAL MEMORANDUM addressing those items as to which there are foreseeable disputes concerning issues of law;

    8.  An informed estimate of the probable length of the trial, based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily. In any case exceeding one week's duration, the Court will impose time limits on the parties which will be STRICTLY ENFORCED;

    9.  In cases to be tried by a jury:

        A.  REQUESTS FOR INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;

        B.  ANY PROPOSED OR SPECIAL VERDICT QUESTIONS;

        C.  ANY PROPOSED QUESTIONS FOR THE VOIR DIRE EXAMINATION;

        D.  A SUCCINCT AND NEUTRAL STATEMENT SUMMARIZING

THE PRINCIPAL CLAIMS AND DEFENSES OF THE PARTIES
TO BE READ TO THE VENIRE DURING EMPANELMENT.
10. All trial exhibits <u>must</u> be reclaimed by the end of the
first business day following the day of the verdict.  This
policy is <u>strictly enforced by the Court</u> as there is no space
at the Courthouse to store exhibits after a trial has ended.
Exhibits not reclaimed by counsel will be discarded.


SO ORDERED.


RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ Mary  H. Johnson
Deputy Clerk

DATED AT BOSTON:  6-19-06



NOTE TO COUNSEL:    IF THE ABOVE CASE SHOULD SETTLE, COUNSEL ARE INSTRUCTED
TO CONTACT THE COURTROOM CLERK, MARY JOHNSON, IMMEDIATELY AT 617-748-
9162.