UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12236-RGS

ROBERT PELUSI

v.

NATIONAL RAILROAD PASSENGER CORP.

<u>ORDER</u>

June 30, 2006

STEARNS, D.J.

The motion for reconsideration is <u>DENIED</u>. As the court pointed out at the hearing, the issue is not whether defendant should have specifically foreseen plaintiff's heart attack (there being no evidence that defendant had notice of any elevated risk of injury resulting from plaintiff's prior heart condition), but whether defendant should have foreseen that the failure to enforce reasonable work rules might result in an injury to employees in the plaintiff's situation. In other words, while defendant may have owed no special duty to plaintiff, a finder of fact might reasonably find that defendant owed a duty to employees in general to reduce the risk of injury resulting from the lax enforcement or absence of safe work rules. Trial on that issue will commence on October 2, 2006, at 9:00 a.m.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE