UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT A. PELUSI,<br>　　　Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD<br>PASSENGER CORPORATION,<br>　　　Defendant, | Civil Action No. 04-12236-RGS |

## MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

　　Plaintiff, Robert A. Pelusi, hereby moves that Thomas J. Joyce III, Esquire, be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which *pro hac vice* counsel specializes: Federal Employers Liabilities Act.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　ROBERT A. PELUSI
　　　　　　　　　　　　　　　　　　　Plaintiff
　　　　　　　　　　　　　　　　　　　By his Attorney,

　　　　　　　　　　　　　　　　　　　_/s/ Michael McDevitt_____
　　　　　　　　　　　　　　　　　　　Michael J. McDevitt, BBO# 564720
　　　　　　　　　　　　　　　　　　　Lawson & Weitzen, LLP
　　　　　　　　　　　　　　　　　　　88 Black Falcon Avenue, Suite 345
　　　　　　　　　　　　　　　　　　　Boston, MA 02210-1736
　　　　　　　　　　　　　　　　　　　Telephone: (617) 439-4990
　　　　　　　　　　　　　　　　　　　mmcdevitt@lawson-weitzen.com

Date: 9/15/06