UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT A. PELUSI,<br>    Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD<br>PASSENGER CORPORATION,<br>    Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 04-12236-RGS |

## ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION

(1) I certify that I am a member in good standing of the bar of the State of New Jersey and Commonwealth of Pennsylvania and the bar of the federal district courts for the District of New Jersey, Eastern District of Pennsylvania and Western District of Pennsylvania, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I have read, acknowledge, and agree to observe and to be bound by the local rules and Orders of this Court, including the Rules of Professional Conduct of the Massachusetts Supreme Court, as adopted by his Court as the standard of conduct for all attorneys appearing before it.

(3) For purposes of this case I have associated with local associate counsel Michael J. McDevitt, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

_/s/ Michael McDevitt_
Michael J. McDevitt, Esq., BBO #564720
Lawson & Weitzen, LLP,
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990
mmcdevitt@lawson-weitzen.com


_/s/ Thomas J. Joyce_
Thomas J. Joyce, III, Esq.
Law Office of Thomas J. Joyce, III
900 Centerton Road
Mount Laurel, NJ 08054
(856) 914-0220


Date:   September 15, 2006