# LAWSON & WEITZEN, LLP
ATTORNEYS AT LAW

88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

BOSTON
TELEPHONE (617) 439-4990
TELECOPIER (617) 439-3987
EMAIL: POST@LAWSON-WEITZEN.COM
WWW.LAWSON-WEITZEN.COM

EVAN T. LAWSON
RICHARD B. WEITZEN *
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN ***
VALERIE L. PAWSON
GEORGE F. HAILER, PC +
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO
WILLIAM F. COYNE, JR.
DAVID A. RICH *
DENNIS J. MANESIS ++
NATALIE A. KANELLIS †
PATRICIA L. FARNSWORTH

K. SCOTT GRIGGS
MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, PH.D.
J. MARK DICKISON **
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE +++
RICHARD J. SULLIVAN, JR.
CAROLINE A. O'CONNELL *
MARISSA A. GOLDBERG
MICHAEL WILLIAMS
KATHRYN E. PIECZARKA
DEAN J. HUTCHISON
SCOTT T. BUCKLEY
KRISTINA A. ENGBERG
C. KIMBERLY BAKEBERG
JAMES M. HENRY

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT
BREWSTER, MASSACHUSETTS 02631
TELEPHONE (508) 255-3600

MARLBOROUGH
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101
MARLBOROUGH, MASSACHUSETTS 01752
TELEPHONE (508) 618-1025

September 15, 2006

**SENT VIA CM/ECF**
**SENT VIA FIRST CLASS US MAIL**

Honorable Richard G. Stearns
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

   *RE: Robert A. Pelusi. v. v. National Railroad Passenger Corporation,*
   *Civil Action No. 04-12236-RGS*

Dear Judge Stearns:

Please note our representation of the Plaintiff, Robert A. Pelusi, in the above-captioned FELA personal injury action.

Please be aware that Plaintiff has requested that we send Robert A. Pelusi's case to mediation in an attempt to settle before a jury trial. We proposed using Robert Larkin, Esq., at the mediation. Defendant at this point has not agreed to mediation.

We have set up Plaintiff's medical expert witness for a videotape trial deposition for September 26, 2006.

Plaintiff respectfully requests that we briefly postpone the trial on October 2, 2006 as Plaintiff's trial counsel Thomas J. Joyce, III has a scheduling conflict during the week of October 2, 2006.

 * ALSO ADMITTED IN NY
 ** ALSO ADMITTED IN NH
 *** ALSO ADMITTED IN CA
 + ALSO ADMITTED IN DC
 ++ ALSO ADMITTED IN NJ & PA
 +++ ALSO ADMITTED IN RI, CT, NH & ME
 † ALSO ADMITTED IN NH & NY

LAWSON & WEITZEN, LLP

If you have any questions or need additional information, please do not hesitate to contact me. Thank you for your time and consideration.

Respectfully,

*[signature]*

Michael J. McDevitt, Esq.

MJM/am

cc:   Thomas J. Joyce, III, Esq.
      Stephen E. Hughes, Esq.