# LAWSON & WEITZEN, LLP
ATTORNEYS AT LAW

88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

| | |
|---|---|
| EVAN T. LAWSON | K. SCOTT GRIGGS |
| RICHARD B. WEITZEN * | MICHAEL J. McDEVITT |
| PAMELA B. BANKERT | STEVEN M. BUCKLEY |
| FRANK L. BRIDGES | SONIA K. GUTERMAN, Ph.D. |
| IRA H. ZALEZNIK | J. MARK DICKISON ** |
| JOHN J. WELTMAN *** | CLARE B. BURHOE |
| VALERIE L. PAWSON | ROBERT J. ROUGHSEDGE +++ |
| GEORGE F. HAILER, PC + | RICHARD J. SULLIVAN, JR. |
| GEORGE E. CHRISTODOULO, PC | CAROLINE A. O'CONNELL * |
| KENNETH B. GOULD | MARISSA A. GOLDBERG |
| JOSEPH FRIEDMAN | MICHAEL WILLIAMS |
| JOHN A. TENNARO | KATHRYN E. PIECZARKA |
| WILLIAM F. COYNE, JR. | DEAN J. HUTCHISON |
| DAVID A. RICH * | SCOTT T. BUCKLEY |
| DENNIS J. MANESIS ++ | KRISTINA A. ENGBERG |
| NATALIE A. KANELLIS † | C. KIMBERLY BAKEBERG |
| PATRICIA L. FARNSWORTH | JAMES M. HENRY |

BOSTON
TELEPHONE (617) 439-4990
TELECOPIER (617) 439-3987
EMAIL: POST@LAWSON-WEITZEN.COM
WWW.LAWSON-WEITZEN.COM

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT
BREWSTER, MASSACHUSETTS 02631
TELEPHONE (508) 255-3600

MARLBOROUGH
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101
MARLBOROUGH, MASSACHUSETTS 01752
TELEPHONE (508) 618-1025

September 15, 2006

**SENT VIA CM/ECF**
**SENT VIA FIRST CLASS US MAIL**

United States District Court
Clerk
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

*RE: Robert A. Pelusi v. v. National Railroad Passenger Corporation,*
    *Civil Action No. 04-12236-RGS*

Dear Clerk:

Please find enclosed check number 33891 in the amount of $50.00 for payment of the filing fee for Plaintiff's Motion for Entry of Appearance *Pro Hac Vice* filed this 15th day of September 2006 in the above-mentioned matter.

Please do not hesitate to contact us with any questions.

Very truly yours,

Michael J. McDevitt, Esq.

cc: Thomas J. Joyce, III, Esq.
    Stephen E. Hughes, Esq.

MJM/am
Encl.

\* ALSO ADMITTED IN NY
\*\* ALSO ADMITTED IN NH
\*\*\* ALSO ADMITTED IN CA
+ ALSO ADMITTED IN DC
++ ALSO ADMITTED IN NJ & PA
+++ ALSO ADMITTED IN RI, CT, NH & ME
† ALSO ADMITTED IN NH & NY

| VENDOR: | 152988 Clerk, U.S. District Court | | LAWSON & WEITZEN, LLP | | DATE PAID: | 09/15/06 | 33891 |
|---|---|---|---|---|---|---|---|
| VOUCHER NO. | | DESCRIPTION | | DATE | INVOICE NO. | | AMOUNT |
| 72734 | Fee/Entry T J Joyce, | | | 09/15/06 | 30106-0025 | | 50.00 |

33891

**LAWSON & WEITZEN, LLP**
88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MA 02210

Sovereign
5-7515/0110

NUMBER **33891**

DATE 09/15/06

FIFTY DOLLARS & ZERO CENTS

AMOUNT $50.00

PAY TO THE ORDER OF

Clerk, U.S. District Court
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

CHECK AMOUNT 50.00

⑴033891⑴ ⑴011075150⑴ 6⑴2000⑴5453⑴