**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**ROBERT PELUSI**

    V.                                **CIVIL ACTION NO. 04-12236-RGS**

**NATL. RAILROAD PASSENGER CORP.**

## O R D E R

**STEARNS, DJ.**                                          **JANUARY 17, 2007**

      **THIS COURT IS SITTING AT THE U. S. DISTRICT COURTHOUSE IN SPRINGFIELD, MA BY DESIGNATION, IN FEBRUARY, 2007. THEREFORE, THE JURY TRIAL CURRENTLY SCHEDULED TO COMMENCE IN THE ABOVE-CAPTIONED ACTION ON MONDAY, FEBRUARY 5, 2007 WILL BE HELD IN SPRINGFIELD, MA. COUNSEL SHALL REPORT TO COURTROOM #2, 5TH FLOOR, U. S. COURTHOUSE, 1550 MAIN ST., SPRINGFIELD, MA. THE TRIAL SESSION WILL RUN DAILY FROM 9:00 A.M. TO 4:00 P.M., WITH A ONE-HOUR LUNCH BREAK FROM 1:00 P.M. TO 2:00 P.M.**

      <u>**A "FINAL PRE-TRIAL CONFERENCE" WILL BE HELD IN BOSTON AT THE JOHN J. MOAKLEY U. S. COURTHOUSE, COURTROOM #21, 7TH FLOOR, ON THURSDAY, FEBRUARY 1, 2007 AT 12:00 NOON.**</u>

      **SO ORDERED.**

                                              **RICHARD G. STEARNS**
                                              **UNITED STATES DISTRICT JUDGE**

      **BY:**

                         **/s/ Mary H. Johnson**
                          **Deputy Clerk**