January 24, 2007

Honorable Richard G. Stearns
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:   Robert Pelusi v. National Railroad Passenger Corporation
      Civil Action No: 04-12236-RGS
      Our File No: 04-52238-L

Dear Judge Stearns:

   Please note our representation of the Plaintiff Robert A. Pelusi in the above-captioned FELA personal injury action.

   Please accept this letter as Plaintiff's request to allow Plaintiff's action to be tried in Boston, Massachusetts as opposed to Springfield, Massachusetts pursuant to the Court's Order dated January 17, 2004.

   Plaintiff respectfully requests the Court allow Plaintiff's jury trial to take place at the John J. Moakley U.S. Courthouse with a jury selected from the Boston area. Plaintiff objects to a jury trial conducted in Springfield, Massachusetts with a jury selected from the Springfield area. Plaintiff lived and worked in the Boston area.

   Plaintiff respectfully requests that the jury trial be conducted in Boston.         Most likely, Plaintiff's fact witnesses are located in the Boston Area. It would be prejudicial, inconvenient and more difficult to have the trial in Springfield.

   Plaintiff and Plaintiff's counsel are ready, willing and able to go to jury trial on February 5, 2007. In the event the court must move the trial docket because the Court is sitting in Springfield during the month of February, the Plaintiff would be willing to postpone trial until the Court is able to do so in Boston.

   Steven E. Hughes, attorney for Defendant does not oppose Plaintiff's request for trial in Boston.

Honorable Richard G. Stearns
Page Two
January 24, 2007

    If you have any questions or need additional information, please do not hesitate to contact me. Thank you for your time and consideration.

                Respectfully,

                /S/ Thomas Joyce

                THOMAS J. JOYCE, III

                      by EAH
                      per TJ III

TJJ:ada

cc:    Michael McDevitt, Esq.
       Steven E. Hughes, Esq.