IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

ROBERT PELUSI,

       Plaintiff,                      Civil Action No. 04-12236-RGS

    v.

NATIONAL RAILROAD
PASSENGER CORP. (AMTRAK),

       Defendant.

_____

## PLAINTIFF'S VOIR DIRE QUESTIONS

The Plaintiff, Robert Pelusi, by and through his attorneys, Thomas J. Joyce, III, and Michael J. McDevitt, submits Plaintiff's Voir Dire Questions as follows:

1. Have any of you ever heard of a Federal Employers' Liability Act (FELA) case before you came here today?

2. Have any of you ever worked for National Railroad Passenger Corporation (Amtrak), a railroad, or other transportation company?

3. Has any member of your family, or any of your friends, worked for National Railroad Passenger Corporation (Amtrak), a railroad, or other transportation company?

4. Have any of you ever had any connection whatsoever with National Railroad Passenger Corporation (Amtrak), in any way?

5. Is there anyone here who has ever been involved in any way in an FELA case, either as an interested party, a witness, or in any other capacity?

6. Have any of you ever been either a Plaintiff or Defendant in any type of personal injury lawsuit or other lawsuit?

7. Is there anyone who is against personal injury lawsuits or anyone who just feels that someone should not sue for damages because of personal injuries?

8. Is there anyone who has any prejudice or bias against personal injury lawsuits, of any kind?

9. Is there anyone who has any feeling of prejudice or bias against lawyers who bring personal injury lawsuits?

10. Is there anyone who has already served as a juror in an FELA case?

11. How many of you have ever served as jurors in any type of personal injury case?

12. Do any of you presently know anyone who is an employee of National Railroad Passenger Corporation (Amtrak), or any other railroad, or any other transportation company?

13. Robert Pelusi has sued National Railroad Passenger Corporation (Amtrak) for money for compensation for economic and non-economic damages. Is there anyone who would not return a verdict for an amount of compensation shown to be due the Plaintiff if the evidence proves it?

14. Is there anyone who would not be able to award Robert Pelusi money as compensation for lost wages, regardless of what the evidence is?

15. Is there anyone who would not be able to award Robert Pelusi money as compensation for pain and suffering, inconvenience, and loss of enjoyment of life, regardless of what the evidence is?

16. Is there anyone who just feels that Robert Pelusi should not sue for compensation for his personal injuries, and who simply could not return a verdict in money damages, regardless of what the evidence is?

    17.    Is there anyone who has had heart disease, and/or a heart attack and/or heart surgery?

    18.    Is there anyone who knows anything about heart diseases, and/or heart attacks and/or heart surgeries?

    19.    What do you know about heart diseases, and/or heart attacks and/or heart surgeries?

    20.    Are any of you concerned that a large jury verdict would affect or increase costs of train fares, bus fares, or insurance rates?

    21.    Is there anything about this case which makes you feel that you should not serve as a juror, anything at all which may indicate to you that you could not be totally fair and impartial to both sides?

Respectfully submitted,

*s/Thomas J. Joyce, III*
THOMAS J. JOYCE, III, ESQUIRE
Law Office of Thomas J. Joyce, III
900 Centerton Road
Mount Laurel, NJ 08054
(856) 914-0220
Attorney for Plaintiff

MICHAEL J. McDEVITT, ESQUIRE
Lawson & Weitzen
88 Black Falcon Avenue, Suite 345
Boston, MA 02110
(617) 439-4990
Local Counsel for Plaintiff

DATED: January 30, 2007

<u>CERTIFICATE OF SERVICE</u>

I, THOMAS J. JOYCE, III, hereby certify that I electronically filed the foregoing Plaintiff's Voir Dire Questions with the Clerk of Court using the ECF system, which sent notification of such filing to Stephen E. Hughes, Esquire, attorney for Defendant, Amtrak.

SO CERTIFIED this 30th day of January 2007.

                                                    *s/Thomas J. Joyce, III*
                                                    THOMAS J. JOYCE, III, ESQUIRE