IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT PELUSI,

       Plaintiff,                    Civil Action No. 04-12236-RGS

    v.

NATIONAL RAILROAD
PASSENGER CORP. (AMTRAK),

       Defendant.

## PLAINTIFF'S SPECIAL VERDICT FORM

We, the jury, with respect to the incident in question, find as follows:

INTERROGATORY No. 1:

Was the Defendant National Railroad Passenger Corp. (Amtrak) negligent in failing to provide Robert Pelusi with a reasonably safe place to work on November 3, 2001 ?
ANSWER:_____ (Yes or No)

INTERROGATORY No. 2:

Was Plaintiff Robert Pelusi negligent at work on November 3, 2001?
ANSWER:_____ (Yes or No)

INTERROGATORY No. 3:

What percentage of negligence (from zero to one hundred percent) do you attribute to each of the following parties? (When added together, the total must equal 100 %)

Defendant Amtrak's negligence:                _____
Plaintiff Robert Pelusi's negligence:           _____

INTERROGATORY No. 4:

Did Defendant Amtrak's negligence, in whole or in part, cause, contribute to and/or aggravate Robert Pelusi's heart attack?
ANSWER: _____ (Yes or No)

INTERROGATORY No. 5:

Did Plaintiff Robert Pelusi's negligence cause, contribute to and/or aggravate Robert Pelusi's heart attack?
ANSWER: _____(Yes or No)

INTERROGATORY No. 6:

What is the total amount of compensation you award to Robert Pelusi for his damages for lost wages, loss of future earning capacity, pain and suffering, and loss of enjoyment of life?  (Before any reduction for comparative negligence, if any.)
ANSWER: _____($ amount)

       Respectfully submitted,

       *s/Thomas J. Joyce, III*
       THOMAS J. JOYCE, III, ESQUIRE
       Law Office of Thomas J. Joyce, III
       900 Centerton Road
       Mount Laurel, NJ 08054
       (856) 914-0220
       Attorney for Plaintiff

       MICHAEL J. McDEVITT, ESQUIRE
       Lawson & Weitzen
       88 Black Falcon Avenue, Suite 345
       Boston, MA 02110
       (617) 439-4990
       Local Counsel for Plaintiff

DATED: January 30, 2007

CERTIFICATE OF SERVICE

      I, THOMAS J. JOYCE, III, hereby certify that I electronically filed the foregoing Plaintiff's Special Verdict Form with the Clerk of Court using the ECF system, which sent notification of such filing to Stephen E. Hughes, Esquire, attorney for Defendant, Amtrak.

      SO CERTIFIED this 30th day of January 2007.

                                                      *s/Thomas J. Joyce, III*
                                                      THOMAS J. JOYCE, III, ESQUIRE