IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

───────────────────────────────

ROBERT PELUSI,

      Plaintiff,              Civil Action No. 04-12236-RGS

      v.

NATIONAL RAILROAD
PASSENGER CORP. (AMTRAK),

      Defendant.

───────────────────────────────

PLAINTIFF'S WITNESS LIST

    The Plaintiff, Robert Pelusi, by and through his attorneys, Thomas J. Joyce, III, and Michael J. McDevitt, submits Plaintiff's Witness List as follows:

1. Robert Pelusi, 94 Freemont Street, Winthrop, MA 02152
2. Martha Pelusi, 94 Freemont Street, Winthrop, MA 02152
3. Martin Whalen, c/o Amtrak
4. Richard Peters, c/o Amtrak
5. Kevin Scullin, c/o Amtrak
6. Steve Brandon, c/o Amtrak
7. Stephen Brennan, c/o Amtrak
8. William (Billy) Gould, c/o Amtrak
9. Robert Conti, c/o Amtrak
10. Kevin Loftus, c/o Amtrak
11. Paul Lahey, c/o Amtrak
12. John Gorham, c/o Amtrak

13. Fred Sherman, c/o Amtrak

14. Francis Kennan, c/o Amtrak

15. Officer "Green", c/o MBTA

16. T. Geary and/or D. Hickel, EMTs

17. Dr. Jack F. Berg, 50 Rowe Street, Suite 600, Melrose, MA 02176

18. Custodians of Records for medical treatment providers

19. Any and all witnesses identified by Defendant

    Respectfully submitted,

    *s/Thomas J. Joyce, III*
    THOMAS J. JOYCE, III, ESQUIRE
    Law Office of Thomas J. Joyce, III
    900 Centerton Road
    Mount Laurel, NJ 08054
    (856) 914-0220
    Attorney for Plaintiff

    MICHAEL J. McDEVITT, ESQUIRE
    Lawson & Weitzen
    88 Black Falcon Avenue, Suite 345
    Boston, MA 02110
    (617) 439-4990
    Local Counsel for Plaintiff

DATED: January 30, 2007

CERTIFICATE OF SERVICE

I, THOMAS J. JOYCE, III, hereby certify that I electronically filed the foregoing Plaintiff's Witness List with the Clerk of Court using the ECF system, which sent notification of such filing to Stephen E. Hughes, Esquire, attorney for Defendant, Amtrak.

SO CERTIFIED this 30th day of January 2007.

                                              *s/Thomas J. Joyce, III*
                                              THOMAS J. JOYCE, III, ESQUIRE