UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT PELUSI<br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD<br>PASSENGER CORPORATION<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 04 12236 RGS |

**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S
(AMTRAK) LIST OF EVIDENCE TO BE SUBMITTED
FROM DEPOSITION TRANSCRIPTS AND ANSWERS TO INTERROGATORIES**

**I.   DEPOSITION TRANSCRIPTS**

1. Transcript of trial deposition Jack Berg, M.D., page 28, line 17, through page 29, line 3.
2. Transcript of trial deposition Jack Berg, M.D., page 40, line 6, through page 46, line 9.
3. Transcript of trial deposition Jack Berg, M.D., page 58, line 12, through page 59, line 17.
4. Transcript of trial deposition Jack Berg, M.D., page 63, lines 2-7.
5. Transcript of trial deposition Jack Berg, M.D., page 65, line 10, through page 66, line 19.
6. Transcript of trial deposition Jack Berg, M.D., page 67, line 19, through page 68, line 19.
7. Transcript of trial deposition Jack Berg, M.D., page 70, lines 7-19.
8. Transcript of trial deposition Jack Berg, M.D., page 71, line 23, through page 72, line 3.

**II.   PLAINTIFF'S ANSWERS TO INTERROGATORIES**

1. Answer No. 4 in which Plaintiff states, "[t]he bag was heavy, weighing at least 50-60 pounds."

                                                DEFENDANT,
                                                National Railroad Passenger Corporation,
                                                by its attorneys,

DATED:  January 30, 2007            s/Stephen E. Hughes
                                                John A. Kiernan, BBO #271020
                                                Stephen E. Hughes, BBO #629644
                                                Bonner Kiernan Trebach & Crociata, LLP
                                                One Liberty Square - 6th Floor
                                                Boston, MA 02109
                                                (617) 426-3900

## CERTIFICATE OF SERVICE

     I, Stephen E. Hughes, hereby certify that, on January 30, 2007, I served a copy of the foregoing document by sending same by first class mail, postage prepaid, to counsel for each other party as follows:

<u>Plaintiff's Counsel:</u>
Thomas J. Joyce, III, Esq.
Hannon & Joyce
The Public Ledger Building – Suite 1000
150 S. Independence Square West
Philadelphia, PA 19106

<u>Plaintiff's Local Counsel:</u>
Michael J. McDevitt, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210

                                                    <u>s/Stephen E. Hughes</u>
                                                    Stephen E. Hughes