UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT PELUSI<br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD<br>PASSENGER CORPORATION<br>Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04 12236 RGS<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S
<u>PROPOSED JURY VOIR DIRE</u>**

Defendant, National Railroad Passenger Corporation ("Amtrak") proposes that the following questions be asked in jury voir dire:

**No.    Question**

1. Do you know Robert Pelusi or any member of his family?

2. Have you ever been employed by Amtrak?

3. Have you ever been employed by a railroad?

4. Do you know anyone who has been employed in the past or is presently employed by Amtrak?

5. Have you had any experience with Amtrak that may affect your viewpoint on this party?

6. Have you ever served as a baggage handler for air or train travel, or worked in baggage handling for any shipping company? What position?

7. Have you ever filed an injury claim against anyone, including but not limited to an employer?

8. Have you or any member of your immediate family suffered a heart attack or from severe heart disease?

9. Have you or any member of your immediate family suffered from diabetes?

10. Do you smoke cigarettes, cigars, or a pipe?

11. Do you own your own business? If so, briefly describe your business.

12. Do you work in the medical profession? If so, in what capacity?

13. Do have a physical disability which limits your employment capabilities in some fashion?

14. Do you feel uncomfortable sitting in judgment as a juror?

15. Do you, without knowing anything more about the case, feel predisposed for the employee or the employer?

16. Have you ever been fired by an employer?

17. Are you now, or have you ever been, a member of a union?

18. Are you now, or have you ever been, a manager?

19. Do you have legal training?

20. Do you regularly speak with an individual who has legal training?

21. Do you have an opinion regarding injury claims against employers? What is it?

22. Do you feel that you would be unable to follow the law if it differed from your personal beliefs?

                                            DEFENDANT,
                                            National Railroad Passenger Corporation,
                                            by its attorneys,

DATED:  January 30, 2007                    s/Stephen E. Hughes
                                                           John A. Kiernan, BBO #271020
                                                           Stephen E. Hughes, BBO #629644
                                                           Bonner Kiernan Trebach & Crociata, LLP
                                                           One Liberty Square - 6th Floor
                                                           Boston, MA 02109
                                                           (617) 426-3900

## CERTIFICATE OF SERVICE

I, Stephen E. Hughes, hereby certify that, on January 30, 2007, I served a copy of the foregoing document by sending same by first class mail, postage prepaid, to counsel for each other party as follows:

<u>Plaintiff's Counsel:</u>
Thomas J. Joyce, III, Esq.
Hannon & Joyce
The Public Ledger Building – Suite 1000
150 S. Independence Square West
Philadelphia, PA 19106

<u>Plaintiff's Local Counsel:</u>
Michael J. McDevitt, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210

                                                     s/Stephen E. Hughes
                                                     Stephen E. Hughes