IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

───────────────────────────────

ROBERT PELUSI,

       Plaintiff,                 Civil Action No. 04-12236-RGS

     v.

NATIONAL RAILROAD
PASSENGER CORP. (AMTRAK),

       Defendant.

───────────────────────────────


PLAINTIFF'S EXHIBIT LIST

    The Plaintiff, Robert Pelusi, by and through his attorneys, Thomas J. Joyce, III, and Michael J. McDevitt, submits Plaintiff's Exhibit List as follows:

1. Curriculum vitae of Jack Berg, M.D.

2. Report dated March 6, 2006 of Jack Berg, M.D.

3. Records of Dr. Berg concerning Plaintiff Robert Pelusi ("Plaintiff")

4. Records of Massachusetts General Hospital concerning Plaintiff

5. Compilation of medical records concerning Plaintiff taken from Exhibits 4 and 5

6. Videotape of trial deposition of Jack Berg, M.D.

7. Transcript of trial deposition of Jack Berg, M.D.

8. Amtrak Accident/Injury Report for Plaintiff , dated November 3, 2001

9. Amtrak Station Log notes for November 3, 2001

10. Amtrak On-Board & Station Services Safety Rules, NRPC 1906

11. Amtrak Standards of Excellence

12. Plaintiff's acknowledgment of receipt of Standards of Excellence

13. Amtrak job description for redcaps, dated November 2, 2000

14. Amtrak Baggage, Express and Mail (Course 10) training booklet

15. Amtrak Training Class Roster, dated April 21, 1999

16. Amtrak Lift Truck Operator Skills Assessment form, dated April 29, 2001

17. Amtrak Forklift Operation documents

18. Amtrak personnel file for Plaintiff

19. Amtrak medical file for Plaintiff

20. Amtrak earnings history for Plaintiff

21. Amtrak return to service evaluation report, dated September 14, 2000

22. Amtrak authorization for examination or treatment report, dated September 14, 2000

23. Amtrak Agreement Standards and Qualifications for hiring purposes only – Job Title Red Cap, dated March 25, 1992

24. Plaintiff's W-2s and Income Tax records

25. Plaintiff's deposition transcript

26. Discovery deposition transcript of Jack Berg, M.D.

27. Record of Emergency Medical Services – Ambulance concerning Plaintiff, dated November 3, 2001

28. Amtrak payroll records for Robert Pelusi

29. Medical reports, records and/or bills of Emergency Medical Services (EMTs)

30. Medical reports, records and/or bills of Massachusetts General Hospital

31. Medical reports, records and/or bills of Jack Berg, M.D.

32. Amtrak Safety Rules

33. Amtrak Red Cap Job Requirements

34. Robert Pelusi's pay stubs

35. Railroad Retirement Board Records of Robert Pelusi

36. Plaintiff's Complaint

37. Defendant's Answer to Plaintiff's Complaint

38. Plaintiff's answers to Defendant's interrogatories

39. Defendant's answers to Plaintiff's interrogatories

40. Videotapes and transcripts of testimony of any witnesses in lieu of their live appearance at trial

41. Any and all other medical records of Plaintiff

42. Any and all exhibits identified by Defendant

Respectfully submitted,

*s/Thomas J. Joyce, III*
THOMAS J. JOYCE, III, ESQUIRE
Law Office of Thomas J. Joyce, III
900 Centerton Road
Mount Laurel, NJ 08054
(856) 914-0220
Attorney for Plaintiff

MICHAEL J. McDEVITT, ESQUIRE
Lawson & Weitzen
88 Black Falcon Avenue, Suite 345
Boston, MA 02110
(617) 439-4990
Local Counsel for Plaintiff

DATED: January 30, 2007

<u>CERTIFICATE OF SERVICE</u>

      I, THOMAS J. JOYCE, III, hereby certify that I electronically filed the foregoing Plaintiff's Exhibit List with the Clerk of Court using the ECF system, which sent notification of such filing to Stephen E. Hughes, Esquire, attorney for Defendant, Amtrak.

      SO CERTIFIED this 30th day of January 2007.

                                                  *s/Thomas J. Joyce, III*  
                                                  THOMAS J. JOYCE, III, ESQUIRE