UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT PELUSI )<br>Plaintiff, )<br> )<br>v. )<br> )<br>NATIONAL RAILROAD )<br>PASSENGER CORPORATION )<br>Defendant. )<br> ) | CIVIL ACTION NO. 04 12236 RGS |

**JOINT LIST OF TRIAL EXHIBITS
TO WHICH THERE IS NO OBJECTION**

1. Curriculum vitae of Jack Berg, M.D.

2. Report dated March 6, 2006 of Jack Berg, M.D.

3. Records of Dr. Berg concerning Plaintiff Robert Pelusi ("Plaintiff")

4. Records of Massachusetts General Hospital concerning Plaintiff

5. Compilation of medical records concerning Plaintiff taken from Exhibits 4 and 5

6. Videotape of trial deposition of Jack Berg, M.D.

7. Transcript of trial deposition of Jack Berg, M.D.

8. Amtrak Accident/Injury Report for Plaintiff, dated November 3, 2001

9. Amtrak Station Log notes for November 3, 2001

10. Amtrak On-Board & Station Services Safety Rules, NRPC 1906

11. Amtrak Standards of Excellence

12. Plaintiff's acknowledgment of receipt of Standards of Excellence

13. Amtrak job description for redcaps, dated November 2, 2000

14. Amtrak Baggage, Express and Mail (Course 10) training booklet

15. Amtrak Training Class Roster, dated April 21, 1999

16. Amtrak Lift Truck Operator Skills Assessment form, dated April 29, 2001

17. Amtrak Forklift Operation documents

18. Amtrak personnel file for Plaintiff

19. Amtrak medical file for Plaintiff

20. Amtrak earnings history for Plaintiff

21. Plaintiff's W-2s and Income Tax records

22. Discovery deposition transcript of Jack Berg, M.D.

23. Record of Emergency Medical Services – Ambulance concerning Plaintiff, dated November 3, 2001


Dated: January 30, 2007

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
| --- | --- |
| Robert Pelusi, | National Railroad Passenger Corporation, |
| s/Thomas J. Joyce, III | s/Stephen E. Hughes |
| Thomas J. Joyce, III, Esquire | Stephen E. Hughes Esquire |
| Law Office of Thomas J. Joyce, III | Bonner Kiernan Trebach & Crociata, LLP |
| 900 Centerton Road | One Liberty Square |
| Mt. Laurel, NJ 08054 | Boston, MA  02109 |
| (856) 914-0220 | (617) 426-3900 |

Local Counsel for Plaintiff
Michael J. McDevitt, Esquire
Lawson & Weitzen
88 Black Falcon Aveue, Suite 345
Boston, MA  02210
617-439-4990