UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **ROBERT PELUSI**<br>**Plaintiff,**<br><br>v.<br><br>**NATIONAL RAILROAD**<br>**PASSENGER CORPORATION**<br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 04 12236 RGS |

## DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S (AMTRAK) LIST OF TRIAL WITNESSES

1. Richard Peters, Amtrak Customer Services Supervisor for Station Operations, 2 South Station, Boston, MA

2. Stephen Brennan, Amtrak District Manager of Stations, 2 South Station, Boston, MA

3. Francis Keenan, Amtrak baggage handler and training supervisor, 2 South Station, Boston, MA

4. Suzanne Allan, Director of Human Resources, New England Division, 257 Summer Street, Boston, MA

Amtrak reserves its right to call witnesses listed as potential witnesses by Plaintiff and to designate additional witnesses in a timely manner prior to the trial *and during* trial for purposes of rehabilitation, rebuttal and/or impeachment.

                                      DEFENDANT,
                                      National Railroad Passenger Corporation,
                                      by its attorneys,

DATED: January 30, 2007               s/Stephen E. Hughes
                                            John A. Kiernan, BBO #271020
                                            Stephen E. Hughes, BBO #629644
                                            Bonner Kiernan Trebach & Crociata, LLP
                                            One Liberty Square - 6th Floor
                                            Boston, MA 02109
                                            (617) 426-3900

## CERTIFICATE OF SERVICE

     I, Stephen E. Hughes, hereby certify that, on January 30, 2007, I served a copy of the foregoing document by sending same by first class mail, postage prepaid, to counsel for each other party as follows:

Plaintiff's Counsel:
Thomas J. Joyce, III, Esq.
Hannon & Joyce
The Public Ledger Building – Suite 1000
150 S. Independence Square West
Philadelphia, PA 19106

Plaintiff's Local Counsel:
Michael J. McDevitt, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210

                                            s/Stephen E. Hughes
                                            Stephen E. Hughes