UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT PELUSI )<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD )<br>PASSENGER CORPORATION )<br>Defendant. )<br>) | CIVIL ACTION NO. 04 12236 RGS |

**STATEMENT OF THE PARTIES TO BE READ TO**
<u>**THE VENIRE DURING IMPANELMENT**</u>

Mr. Robert Pelusi, the plaintiff in this lawsuit, was employed by the defendant, Amtrak, as a redcap and baggage handler at South Station in Boston, Massachusetts. He claims that he suffered a heart attack at work in November 2001 due to Amtrak's negligence. Amtrak denies that it was negligent or the cause of Mr. Pelusi's heart attack in any way.

Dated: January 30, 2007

ATTORNEY FOR PLAINTIFF              ATTORNEY FOR DEFENDANT
Robert Pelusi,                                        National Railroad Passenger Corporation,


s/Thomas J. Joyce, III                              s/Stephen E. Hughes
Thomas J. Joyce, III, Esquire                  Stephen E. Hughes Esquire
Law Office of Thomas J. Joyce, III          Bonner Kiernan Trebach & Crociata, LLP
900 Centerton Road                                One Liberty Square
Mt. Laurel, NJ 08054                               Boston, MA  02109
(856) 914-0220                                       (617) 426-3900

<u>Local Counsel for Plaintiff</u>
Michael J. McDevitt, Esquire
Lawson & Weitzen
88 Black Falcon Aveue, Suite 345
Boston, MA   02210
617-439-4990