UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT PELUSI<br>Plaintiff, | )<br>)<br>)<br>) |  |
| v. | )<br>) | CIVIL ACTION NO. 04 12236 RGS |
| NATIONAL RAILROAD<br>PASSENGER CORPORATION<br>Defendant. | )<br>)<br>)<br>)<br>) |  |

**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S PROPOSED JURY VERDICT FORM**

*GENERAL INSTRUCTIONS: This Verdict Form has seven questions. Beginning with Question No.1, answer the question, check the appropriate blank, and then follow the instructions which are set forth after the answer blanks for that question. Your answer to each of the questions must be unanimous.*

    1.    Was the Defendant Amtrak negligent?

        Yes _____    No _____

[If your answer to Question No. 1 is "No," stop your deliberations, sign the verdict form, and inform the clerk. If your answer to Question No. 1 is "Yes," proceed to Question No. 2.]

    2.    Did Plaintiff Robert Pelusi's heart attack begin before he went to work on November 3, 2001?

        Yes _____    No _____

[If your answer to Questions No. 2 is "Yes," stop your deliberations, sign the verdict form, and inform the clerk. If your answer to Question No. 2 is "No," proceed to Question No. 3.]

    3.    Was Plaintiff Robert Pelusi's heart attack of November 3, 2001 caused, in whole or in part, by negligent acts or omissions of Defendant Amtrak?

        Yes _____    No _____

[If your answer to Questions No. 3 is "No," stop your deliberations, sign the verdict form, and inform the clerk.  If your answer to Question No. 3 is "Yes," proceed to Question No. 4.]

4. Was Plaintiff Robert Pelusi negligent?

Yes _____   No _____

[If your answer to Question No. 4 is "Yes", proceed to Question No. 5.  If your answer to Question No. 4 is "No", Proceed to Question No. 7.]

5. Was Plaintiff's heart attack of November 3, 2001 caused, in whole or in part, by his own negligent acts or omissions?

Yes _____   No _____

[If your answer to Question No. 5 is "Yes," proceed to Question No. 6.  If your answer to Question No. 5 is "No," proceed to Question No. 7]

6. What percentage of Plaintiff Pelusi's damages, if any, was caused by the negligent acts or omissions of each of the parties?  [NOTE YOUR ANSWERS MUST TOTAL 100%.]

Plaintiff _____%
Amtrak _____%

7. Without considering the above percentages, what is the total amount which will fairly compensate Plaintiff Pelusi for his injuries?

$ _____

Signed:   _____
          Jury Foreperson

          _____
          Juror Number

          _____
          Date

2