IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

———————————————————

ROBERT PELUSI,

          Plaintiff,              Civil Action No. 04-12236-RGS

     v.

NATIONAL RAILROAD
PASSENGER CORP. (AMTRAK),

          Defendant.

———————————————————

### PLAINTIFF'S OBJECTION TO DEFENDANT'S LIST OF EVIDENCE TO BE SUBMITTED FROM DEPOSITION TRANSCRIPTS AND ANSWERS TO INTERROGATORIES

The Plaintiff, Robert Pelusi, by and through his attorneys, Thomas J. Joyce, III, and Michael

J. McDevitt, submits Plaintiff's Objection to Defendant's List of Evidence to be Submitted from

Deposition Transcripts and Answers to Interrogatories as follows:

I.      GENERAL OBJECTION:

     Plaintiff, Robert Pelusi, objects to Defendant's List of Evidence to be Submitted from

Deposition Transcripts and Answers to Interrogatories on the grounds that such evidence is taken

out of context and therefore misleading and prejudicial.  Specifically, the transcript of the trial

deposition of Jack Berg, M.D., speaks for itself as a whole, and, if submitted to the jury, should be

submitted in its entirety.

Respectfully submitted,


*s/Thomas J. Joyce, III*
THOMAS J. JOYCE, III, ESQUIRE
Law Office of Thomas J. Joyce, III
900 Centerton Road
Mount Laurel, NJ 08054
(856) 914-0220
Attorney for Plaintiff

MICHAEL J. McDEVITT, ESQUIRE
Lawson & Weitzen
88 Black Falcon Avenue, Suite 345
Boston, MA 02110
(617) 439-4990
Local Counsel for Plaintiff

DATED: February 5, 2007

CERTIFICATE OF SERVICE

I, THOMAS J. JOYCE, III, hereby certify that I electronically filed the foregoing

Plaintiff's Objection to Defendant's List of Evidence to be Submitted from Deposition Transcripts

and Answers to Interrogatories with the Clerk of Court using the ECF system, which sent

notification of such filing to Stephen E. Hughes, Esquire, attorney for Defendant, Amtrak.

SO CERTIFIED this 5th day of February 2007.


_s/Thomas J. Joyce, III_____
THOMAS J. JOYCE, III, ESQUIRE