IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

ROBERT PELUSI,

      Plaintiff,                        Civil Action No. 04-12236-RGS

     v.

NATIONAL RAILROAD
PASSENGER CORP. (AMTRAK),

      Defendant.

_____

PLAINTIFF ROBERT PELUSI'S LIST OF EVIDENCE
TO BE SUBMITTED FROM DEPOSITION TRANSCRIPTS

    The Plaintiff, Robert Pelusi, by and through his attorneys, Thomas J. Joyce, III, and Michael J. McDevitt, submits Plaintiff's List of Evidence to be Submitted from Deposition Transcripts as follows:

I.    DEPOSITION TRANSCRIPTS:

    1.    Transcript of trial deposition of Jack Berg, M.D., page 23, line 3, through page 24, line 12.

    2.    Transcript of trial deposition of Jack Berg, M.D., page 26, line 22, through page 35, line 22.

    3.    Transcript of trial deposition of Jack Berg, M.D., page 70, line 24, through page 71, line 16.

Respectfully submitted,

*s/Thomas J. Joyce, III*
THOMAS J. JOYCE, III, ESQUIRE
Law Office of Thomas J. Joyce, III
900 Centerton Road
Mount Laurel, NJ 08054
(856) 914-0220
Attorney for Plaintiff

MICHAEL J. McDEVITT, ESQUIRE
Lawson & Weitzen
88 Black Falcon Avenue, Suite 345
Boston, MA 02110
(617) 439-4990
Local Counsel for Plaintiff

DATED: February 5, 2007

CERTIFICATE OF SERVICE

I, THOMAS J. JOYCE, III, hereby certify that I electronically filed the foregoing Plaintiff's Plaintiff's List of Evidence to be Submitted from Deposition Transcripts with the Clerk of Court using the ECF system, which sent notification of such filing to Stephen E. Hughes, Esquire, attorney for Defendant, Amtrak.

SO CERTIFIED this 5th day of February 2007.

*s/Thomas J. Joyce, III*
THOMAS J. JOYCE, III, ESQUIRE