UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT PELUSI )<br>Plaintiff, )<br> )<br>v. )<br> )<br>NATIONAL RAILROAD )<br>PASSENGER CORPORATION )<br>Defendant. )<br> ) | CIVIL ACTION NO. 04 12236 RGS |

**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S
MOTION FOR THE SUBMISSION OF ONE PORTION OF
<u>DR. BERG'S DISCOVERY DEPOSITION TRANSCRIPT INTO EVIDENCE</u>**

Defendant National Railroad Passenger Corporation ("Amtrak") moves the Court for authorization to submit ten lines of Dr. Berg's discovery deposition transcript (Page 62, lines 3 through 12) into evidence at trial on the following grounds:

1. It contradicts testimony Dr. Berg offered later in his trial deposition.

2. Plaintiff has submitted, on the same date as this Motion, *Plaintiff's List of Evidence to Be Submitted from Deposition Transcripts*.

                                    Respectfully submitted,
                                    DEFENDANT,
                                    National Railroad Passenger Corporation,
                                    by its attorneys,

DATED: February 5, 2007             <u>s/Stephen E. Hughes</u>
                                    Stephen E. Hughes, BBO #629644
                                    Bonner Kiernan Trebach & Crociata, LLP
                                    One Liberty Square - 6th Floor
                                    Boston, MA 02109
                                    (617) 426-3900

## CERTIFICATE OF SERVICE

I, Stephen E. Hughes, hereby certify that, on February 5, 2007, I served a copy of the foregoing document by sending same by first class mail, postage prepaid, and by electronic mail to counsel for Plaintiff as follows:

<u>Plaintiff's Counsel:</u>
   By e-mail to:
tjoyce@tjoycelaw.com

   By First Class Mail to:
Thomas J. Joyce, III, Esq.
Hannon & Joyce
The Public Ledger Building – Suite 1000
150 S. Independence Square West
Philadelphia, PA 19106

<u>Plaintiff's Local Counsel:</u>
Michael J. McDevitt, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210

                              s/Stephen E. Hughes
                              Stephen E. Hughes