IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

ROBERT PELUSI,

      Plaintiff,                    Civil Action No. 04-12236-RGS

    v.

NATIONAL RAILROAD
PASSENGER CORP. (AMTRAK),

      Defendant.

---

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR THE SUBMISSION OF ONE PORTION OF DR. BERG'S DISCOVERY DEPOSITION TRANSCRIPT INTO EVIDENCE

The Plaintiff, Robert Pelusi, by and through his attorneys, Thomas J. Joyce, III, and Michael J. McDevitt, submits Plaintiff's Response to Defendant's Motion for the Submission of One Portion of Dr. Berg's Discovery Deposition Transcript into Evidence (Document 50) as follows:

I.     GENERAL OBJECTION:

Plaintiff, Robert Pelusi, objects to Defendant's Motion for the Submission of One Portion of Dr. Berg's Discovery Deposition Transcript into Evidence on the grounds that such evidence is selective and taken out of context, and therefore misleading and prejudicial. Specifically, the transcript of the discovery deposition of Jack Berg, M.D., speaks for itself as a whole, and, if submitted to the jury, should be submitted in its entirety.

Respectfully submitted,


*s/Thomas J. Joyce, III*
THOMAS J. JOYCE, III, ESQUIRE
Law Office of Thomas J. Joyce, III
900 Centerton Road
Mount Laurel, NJ 08054
(856) 914-0220
Attorney for Plaintiff

MICHAEL J. McDEVITT, ESQUIRE
Lawson & Weitzen
88 Black Falcon Avenue, Suite 345
Boston, MA 02110
(617) 439-4990
Local Counsel for Plaintiff

DATED: February 6, 2007

## CERTIFICATE OF SERVICE

I, THOMAS J. JOYCE, III, hereby certify that I electronically filed the foregoing Plaintiff's Response to Defendant's Motion for the Submission of One Portion of Dr. Berg's Discovery Deposition Transcript into Evidence with the Clerk of Court using the ECF system, which sent notification of such filing to Stephen E. Hughes, Esquire, attorney for Defendant, Amtrak.

SO CERTIFIED this 6th day of February 2007.

<em>s/Thomas J. Joyce, III</em><br>
THOMAS J. JOYCE, III, ESQUIRE