IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

ROBERT PELUSI,

      Plaintiff,                    Civil Action No. 04-12236-RGS

    v.

NATIONAL RAILROAD
PASSENGER CORP. (AMTRAK),

      Defendant.

---

### PLAINTIFF ROBERT PELUSI'S SUPPLEMENTAL LIST OF EVIDENCE TO BE SUBMITTED FROM DEPOSITION TRANSCRIPTS

The Plaintiff, Robert Pelusi, by and through his attorneys, Thomas J. Joyce, III, and Michael J. McDevitt, submits Plaintiff's Supplemental List of Evidence to be Submitted from Deposition Transcripts as follows:

I.    DEPOSITION TRANSCRIPTS:

    4.  Transcript of discovery deposition of Jack Berg, M.D., page 64, line 1, through page 65, line 19.

    5.  Transcript of discovery deposition of Jack Berg, M.D., page 73, line 18, through page 77, line 4.

                        Respectfully submitted,

                        *s/Thomas J. Joyce, III*
                        THOMAS J. JOYCE, III, ESQUIRE
                        Law Office of Thomas J. Joyce, III
                        900 Centerton Road
                        Mount Laurel, NJ 08054
                        (856) 914-0220
                        Attorney for Plaintiff

MICHAEL J. McDEVITT, ESQUIRE
Lawson & Weitzen
88 Black Falcon Avenue, Suite 345
Boston, MA 02110
(617) 439-4990
Local Counsel for Plaintiff

DATED: February 6, 2007

## CERTIFICATE OF SERVICE

I, THOMAS J. JOYCE, III, hereby certify that I electronically filed the foregoing Plaintiff's Plaintiff's Supplemental List of Evidence to be Submitted from Deposition Transcripts with the Clerk of Court using the ECF system, which sent notification of such filing to Stephen E. Hughes, Esquire, attorney for Defendant, Amtrak.

SO CERTIFIED this 6th day of February 2007.

*s/Thomas J. Joyce, III*
THOMAS J. JOYCE, III, ESQUIRE