UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
            Plaintiff(s)

        v.                                    CIVIL ACTION NO._____

_____
            Defendant(s)

**JUDGMENT IN A CIVIL CASE**

_____, D.J.

**G**   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**G**   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED**

                                                **SARAH A. THORNTON**,
                                                CLERK OF COURT

Dated:_____                By _____
                                                Deputy Clerk

NOTE:  The post judgment interest rate effective this date is ____%.

(Judgment Civil.wpd - 3/7/2005)