IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

ROBERT PELUSI

       Plaintiff                    Civil Action No. 04-12236-RGS

   v.

NATIONAL RAILROAD
PASSENGER CORPORATION
(AMTRAK)

       Defendant

_____

## ORDER

This matter having been brought before the Court on a Motion for New Trial by Plaintiff, Robert Pelusi, and the Court having considered the papers submitted and Defendant National Railroad Passenger Corporation's Response thereto, after argument and for good cause shown, it is on this _____ day of _____, 2007, hereby ORDERED that Plaintiff's Motion for New Trial is GRANTED; and

It is further ORDERED that the jury's verdict in this cause and the judgment entered are set aside; and

It is further ORDERED that a new trial of the cause be had as to all issues; and

It is further ORDERED that the action be placed on the calendar of this Court for a jury trial.

                                              _____
                                              HONORABLE RICHARD G. STEARNS, U.S.D.J