# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12236-RGS

ROBERT PELUSI

v.

NATIONAL RAILROAD PASSENGER CORP. (AMTRAK)

SPECIAL VERDICT QUESTIONS FOR THE JURY

February 8, 2007

STEARNS, D.J.

FEDERAL EMPLOYER'S LIABILITY ACT

Q.1. Was Amtrak negligent in failing to provide Robert Pelusi with a reasonably safe work place on November 3, 2001?

A.1. Yes ___✓___

No _____

If your answer to Q.1 is "Yes," please answer Q.2. If your answer to Q.1 is "No," you have reached a verdict.

Q.2. Did the negligent acts or omissions of Amtrak play a role, in whole or in part, in causing or aggravating Robert Pelusi's heart attack?

A.2. Yes _____

No ___✓___

If your answer to Q.2 is "Yes," please answer Q.3. If your answer to Q.2 is "No," you have reached a verdict.

Q.3. Did negligence on the part of Robert Pelusi contribute to his heart attack of November 3, 2001?

A.3. Yes _____

No _____

If your answer to Q.3 is "Yes," please answer Q.4. If the answer is "No," please

answer Q.5.

    Q.4.    Assuming total negligence equals 100%, what percentage of that negligence do you attribute to:

    A.4.    Amtrak                           _____%

             Robert Pelusi                    _____%

                   Total Must Equal    __100%____%

    Please answer Q.5.

## INSTRUCTIONS FOR Q.5

    Please answer Q.5 without regard to any answers you may have given to Q.3 and/or Q.4.

    Q.5.    What amount of money will fairly and reasonably compensate Robert Pelusi for his injury and damages, including pain and suffering, loss of past and future earnings, and any loss of enjoyment of life?

    A.5.    _____(Dollars)
                      (Amount in Words)


          _____
                      (Amount in Figures)


    I certify that the foregoing answer(s) is (are) the unanimous answer(s) of the jury.


              _____
              Foreperson

Dated: