**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT PELUSI,

    Plaintiff,

v.

NATIONAL RAILROAD
PASSENGER CORP. (AMTRAK),

    Defendant.

Civil Action No. 04-12236-RGS

### PLAINTIFF'S SPECIAL VERDICT FORM

We, the jury, with respect to the incident in question, find as follows:

**INTERROGATORY No. 1:**

Was the Defendant National Railroad Passenger Corp. (Amtrak) negligent in failing to provide Robert Pelusi with a reasonably safe place to work on November 3, 2001 ?
ANSWER:_____ (Yes or No)

**INTERROGATORY No. 2:**

Was Plaintiff Robert Pelusi negligent at work on November 3, 2001?
ANSWER:_____ (Yes or No)

**INTERROGATORY No. 3:**

What percentage of negligence (from zero to one hundred percent) do you attribute to each of the following parties? (When added together, the total must equal 100 %)

Defendant Amtrak's negligence:    _____
Plaintiff Robert Pelusi's negligence:    _____

INTERROGATORY No. 4:

Did Defendant Amtrak's negligence, in whole or in part, cause, contribute to and/or aggravate Robert Pelusi's heart attack?
ANSWER: _____ (Yes or No)

INTERROGATORY No. 5:

Did Plaintiff Robert Pelusi's negligence cause, contribute to and/or aggravate Robert Pelusi's heart attack?
ANSWER: _____ (Yes or No)

INTERROGATORY No. 6:

What is the total amount of compensation you award to Robert Pelusi for his damages for lost wages, loss of future earning capacity, pain and suffering, and loss of enjoyment of life? (Before any reduction for comparative negligence, if any.)
ANSWER: _____ ($ amount)

Respectfully submitted,

s/Thomas J. Joyce, III
THOMAS J. JOYCE, III, ESQUIRE
Law Office of Thomas J. Joyce, III
900 Centerton Road
Mount Laurel, NJ 08054
(856) 914-0220
Attorney for Plaintiff

MICHAEL J. McDEVITT, ESQUIRE
Lawson & Weitzen
88 Black Falcon Avenue, Suite 345
Boston, MA 02110
(617) 439-4990
Local Counsel for Plaintiff

DATED: January 30, 2007

FEB-23-2007 13:52 LAWSON & WEITZEN 617 439 3987 P.008/012
02/23/2007 14:13 FAX 2154464479 H ☒008
Case 1:04-cv-12236-RGS   Document 58-3   Filed 02/23/2007   Page 4 of 4

Case 1:04-cv-12236-RGS   Document 34   Filed 01/30/2007   Page 3 of 3

# CERTIFICATE OF SERVICE

I, THOMAS J. JOYCE, III, hereby certify that I electronically filed the foregoing Plaintiff's Special Verdict Form with the Clerk of Court using the ECF system, which sent notification of such filing to Stephen E. Hughes, Esquire, attorney for Defendant, Amtrak.

SO CERTIFIED this 30th day of January 2007.

s/Thomas J. Joyce, III
THOMAS J. JOYCE, III, ESQUIRE