# EXHIBIT 3

# AMTRAK
## Return to Service Evaluation

Employee's Name: ROBERT PELUSI  Date: 9/14/2000

Social Security No. 020389811  Position: BAGGAGE HANDLER / MAIL HANDLER

☐ Job-related injury   ☐ Job-related illness   ☒ Other

Nature of complaint: HAD STENT PUT IN

---

### TO BE COMPLETED BY MEDICAL EXAMINER

History: 53 y/o ♂ — hx ?BP — noticed CP on LOM
6-5-00 → had EST → abnml → cath → blockage
@ Medrose - Wakefield Hospital
6-12-00 → sent to MGH to have single stent placed
then into cardiac rehab program (until 2 wks ago) (finished)
Cleared to RTW by his cardiologist — Fred Berg MD (note on file)
Pt feels ready to RTW

Meds — Glucophage
Avandia ) DM
glyburide /
(Aldact, Zestril) HTN
Lipitor
ASA

Examination: obese ♂
BP 140/90
lungs - clear
heart - S1, S2, reg, 5 pm, ruub, clicks

Diagnosis: S/P stent placement

Comment: RTW / UR pending

Brian T. Morris, MD
Signature of Medical Examiner

Date: SEP 14 2000

**Health Resources**

*Employee must be able to return to work without restrictions. No light duty status is available.