**EXHIBIT 4**

FEB-23-2007 13:52 LAWSON & WEITZEN 617 439 3987 P.012/012
02/23/2007 14:13 FAX 2154464479 @012

Case 1:04-cv-12236-RGS   Document 58-5   Filed 02/23/2007   Page 2 of 2
Case 1:04-cv-12236-RGS   Document 46   Filed 02/02/2007   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT PELUSI, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04-12236-RGS |
| ) | |
| v. ) | |
| ) | |
| NATIONAL RAILROAD ) | |
| PASSENGER CORP. (AMTRAK), ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S FIRST SUPPLEMENTAL JURY INSTRUCTION**

1.) There is evidence in this case that Plaintiff had a pre-existing injury or condition which existed prior to November 3, 2001. The Defendant railroad is only liable for damages you find to be caused by the occurrence of November 3, 2001. If you find the Plaintiff's pre-existing condition made him more susceptible to injury than a person in good health, the Defendant is responsible for all injuries suffered by the Plaintiff as a result of the Defendant's negligence, even if those injuries are greater than what would have been suffered by a person in good health under the same circumstances. If you find that Defendant negligently caused further injury or aggravation to Plaintiff's pre-existing condition, Plaintiff is entitled to compensation for all of Plaintiff's damages caused by the accident, including that further injury or aggravation. If you cannot separate the pain or disability caused by the pre-existing condition from that caused by the occurrence of November 3, 2001, then the defendant is liable for all of Plaintiff's injuries.[1]

---

[1] Specific Jury Instruction upheld in <u>Stevens v. Bangor and Aroostook Railroad Company</u>, 97 F.3d 594 (1stCir. 1996).