UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **ROBERT PELUSI**<br>**Plaintiff,**<br><br>v.<br><br>**NATIONAL RAILROAD**<br>**PASSENGER CORPORATION**<br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 04 12236 RGS |

**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S**
**MOTION FOR GRANTING BILL OF COSTS**

Pursuant to Fed.R.Civ.P. Rule 68, Defendant National Railroad Passenger Corporation ("Amtrak") herewith moves this Court to award it costs totaling $3,851.49, as delineated in the attached Bill of Costs (Exhibit 1), on grounds that Amtrak made an Offer of Judgment to Plaintiff in the amount of $15,000 on September 1, 2006. See Exhibit 2. Plaintiff did not accept Amtrak's Offer of Judgment and a defense verdict was issued on February 8, 2007. All of the costs described in the Bill of Costs were made subsequent to September 1, 2006.

WHEREFORE, Amtrak moves this Court for an order requiring Plaintiff to promptly pay Amtrak the full amount of the Bill of Costs.

        Respectfully submitted,
        DEFENDANT,
        National Railroad Passenger Corporation,
        by its attorney,

DATED: March 5, 2007        s/Stephen E. Hughes
        Stephen E. Hughes, BBO #629644
        Bonner Kiernan Trebach & Crociata, LLP
        One Liberty Square - 6th Floor
        Boston, MA 02109
        (617) 426-3900

## CERTIFICATE OF SERVICE

I, Stephen E. Hughes, hereby certify that, on March 5, 2007, I served a copy of the foregoing document by sending same by first class mail, postage prepaid, to counsel for each other party as follows:

Plaintiff's Counsel:
Thomas J. Joyce, III, Esq.
900 Centerton Road
Mt. Laurel, NJ 08056

Plaintiff's Local Counsel:
Michael J. McDevitt, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210

        s/Stephen E. Hughes
        Stephen E. Hughes