# EXHIBIT 1

◈AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

_____ District of _____

**BILL OF COSTS**

V.

Case Number: _____

Judgment having been entered in the above entitled action on   2/13/2007   against   Plaintic ,
                                                                  Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................... | $ 74.00 |
| Fees for service of summons and subpoena ................................................ | 590.80 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 786.69 |
| Fees and disbursements for printing .................................................... | 0.00 |
| Fees for witnesses (itemize on page two) ............................................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........... | 0.00 |
| Docket fees under 28 U.S.C. 1923 ...................................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ........................................ | 0.00 |
| Compensation of court-appointed experts ............................................... | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 2,400.00 |
| Other costs (please itemize) ............................................................ | |
| TOTAL | $ 3,851.49 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐   Electronic service by e-mail as set forth below and/or.

☒   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____
Name of Attorney:   Stephen E. Hughes

For:   National Railroad Passenger Corporation                                Date:   3/5/2007
                  Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____                 By: _____                 _____
Clerk of Court                                      Deputy Clerk                                          Date

AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) |||||||
|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

# ROBERT PELUSI V. AMTRAK

# ATTACHMENT "A" FOR DEFENDANT'S BILL OF COSTS

# FEE FOR SERVICE OF SUMMONS AND SUBPOENA

Date of Service: **09/13/2006**

## RETURN OF SERVICE

I this day summoned the within named **DR. JACK F. BERG** to appear as within directed by delivering to **SUSAN WAYSTACK, OFFICE MANAGER** in hand, to wit; No. **50 ROWE STREET, SUITE 600** in the **MIDDLESEX** District of said **MELROSE** an attested copy of the subpoena together with the **$47.00** fees for attendance and travel.

Service and Travel     $27.00

Pd Witness     $47.00
-------------------------------------------
Total     $74.00

NOTES/COMMENTS:

*Harold E. Peters* (signature)

Harold E. Peters
Process Server & Disinterested Person

DB33015-HP     0000216805

# FEES OF THE COURT REPORTER FOR ALL OR ANY PART OF THE TRANSCRIPT NECESSARILY OBTAINED FOR USE IN THE CASE



# ESQUIRE
## DEPOSITION SERVICES®
### A HOBART WEST COMPANY

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
1600 John F Kennedy Blvd. Ste. 1210
Philadelphia, PA 19103
(215) 988-9191   FAX (215) 988-9089

202169   ESQUD41

| INVOICE NUMBER | DATE |
|---|---|
| 217140EPA | 01/29/07 |

**To:**
BONNER KIERNAN TREBACH & CROCIATA
ONE LIBERTY SQUARE
BOSTON, MA 02109

ATTN: STEPHEN HUGHES, ESQ.

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:**
PELUSI VS. NATIONAL RR PASSENGER

SERVICES PROVIDED ON 01/18/07:

DR. JACK BERG

EXPEDITED DELIVERY (TECHNICAL/V       547.80
ONE COPY OF TRANSCRIPT                 23.00
EXHIBITS                               20.00
SHIPPING & HANDLING
NI

BALANCE DUE

**TOTAL   590.80**   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(866) 377-5962
Fax (973) 377-9543

Please detach and send with payment

---

Remit To:

ESQUIRE DEPOSITION SERVICES, LLC
P.O. BOX 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

JOB: 202169   TOT: $590.80
INVOICE #: 217140EPA
DATE: 01/29/07

BONNER KIERNAN TREBACH & CROCIATA
Attn: STEPHEN HUGHES, ESQ.
ONE LIBERTY SQUARE
BOSTON, MA 02109



ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# FEES AND DISBURSEMENTS FOR PRINTING

# Itemization for Fees and Disbursements for Printing

| Invoice Date: | Company: | Amount: |
|---|---|---|
| 02/06/07 | Sir Speedy | $524.48 |
| 02/12/07 | Merrill Communications | $37.38 |
| 02/12/07 | Merrill Communications | $133.36 |
| 01/17/07 | Merrill Communications | $91.47 |



**Sir Speedy** PRINTING, COPYING and DIGITAL NETWORK

1441 Main Street • Banknorth Center • Springfield, MA 01103
(413) 733-6691 • FAX (413) 788-0616

## Invoice 15256

02/06/07

Juliane Gurgel
Bonner, Kiernan, Trebach & Crociata LLP
One Liberty Square
6th Floor
Boston MA 02109

Ship To:

Bonner, Kiernan, Trebach & Crociata LLP
One Liberty Square
6th Floor
Boston MA 02109

Deliver 2/6/2007

www.sirspeedy.com/springfieldMA

| ACCT. NO. | ORDERED BY | PHONE | FAX | P.O. NO. | PREPARED BY | SALES REP |
|---|---|---|---|---|---|---|
| 31 | Juliane Gurgel | 1-800-840-5087 | 617-426-0380 | Juliane G. | | MICHAEL |

| QUANTITY | DESCRIPTION | UNIT PRICE | PRICE |
|---|---|---|---|
| | Thank you for your business. | | |
| 1 | Case#0117\0377 poster enlargement 36"x48" (11 total) (11 clicks/set) | | 499.50 |
| | Paper   Offset White 30x42 (11 Origs 1 --> 1) | | |

*Thank You!*

SIR SPEEDY PRINTING
1441 MAIN STREET
SPRINGFIELD, MA. 01103

TERMINAL I.D.: 
MERCHANT #:
AMEX
SALE
RECORD #: 004
DATE: FEB 06, 07   TIME: 14:57
AUTH: 128169
AVS RESPONSE: Z
5 DIGIT ZIP MATCHES, ADDRESS DOES NOT

TOTAL  $524.48

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT VOUCHER)

CUSTOMER COPY

PAY THIS AMOUNT →

| TERMS | SUBTOTAL | DISCOUNT | SHIPPING | POSTAGE | TAX | TOTAL | PAID | BALANCE |
|---|---|---|---|---|---|---|---|---|
| C.O.D. | 499.50 | | 0.00 | 0.00 | 24.98 | 524.48 | -524.48 | - 0 - |

**Please pay from this invoice.**
SIR SPEEDY PRINTING #8108 · 1441 Main Street, ( SIS Center) · Springfield MA 01103 · (413) 733-6691                                                    (print# 1)



# MERRILL COMMUNICATIONS LLC

Location: DMS-BOSTON 101 ARCH STREET

Bonner Kiernan Trebach & Crociata, LLP
One Liberty Square
Boston, MA  02109  US
Attn:   Joel Perkins

Any Inquiries Call: 617-542-0300

Invoice #: 614774
Invoice Date: 12-FEB-07
Merrill Order #: 002-1109734
Client Matter #: 0117 / 0377
Date Received: 02-FEB-07
Salesperson: BROCKNEY, BRIAN M

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 178 | Litigation, Glasswork | $.20 | $35.60 |
|  | Subtotal: |  | $35.60 |
|  | Messenger and Freight: |  | $.00 |
|  | Postage and Handling: |  | $.00 |
|  | Tax: |  | $1.78 |
|  | Total Invoice: |  | $37.38 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN  55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

REMIT TO:
    MERRILL COMMUNICATIONS LLC
    CM-9638
    ST. PAUL, MN 55170-9638

FEDERAL TAX ID :   41-2007271

Page    1    of    1

# MERRILL
# COMMUNICATIONS LLC

Location: DMS-BOSTON 101 ARCH STREET

Bonner Kiernan Trebach & Crociata, LLP
One Liberty Square
Boston, MA 02109 US
Attn: Joel Perkins

Any Inquiries Call: 617-542-0300

Invoice #: 615734
Invoice Date: 12-FEB-07
Merrill Order #: 002-1110059
Client Matter #: 0117/0377
Date Received: 05-FEB-07
Salesperson: BROCKNEY, BRIAN M

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|-------------|------------|-------|
| 781 | Litigation, Medium | $.1550 | $121.06 |
| 17 | Tabs, Index | $.35 | $5.95 |
|  | Subtotal: |  | $127.01 |
|  | Messenger and Freight: |  | $.00 |
|  | Postage and Handling: |  | $.00 |
|  | Tax: |  | $6.35 |
|  | Total Invoice: |  | $133.36 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

FEDERAL TAX ID: 41-2007271

Page 1 of 1

# MERRILL
# COMMUNICATIONS LLC



Location: DMS-BOSTON 101 ARCH STREET

Bonner Kiernan Trebach & Crociata, LLP
One Liberty Square
Boston, MA  02109  US
Attn:   Joel Perkins

Any Inquiries Call: 617-542-0300

Invoice #:  606086
Invoice Date:  17-JAN-07
Merrill Order #:  002-1101092
Client Matter #:  0117/0377
Date Received:  09-JAN-07
Salesperson:  BROCKNEY, BRIAN M

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 562 | Litigation, Medium | $.1550 | $87.11 |
| | Subtotal: | | $87.11 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $4.36 |
| | Total Invoice: | | $91.47 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN  55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :   41-2007271

Page    1    of   1

# OTHER COSTS




HARVARD MEDICAL SCHOOL

**LARRY A. WEINRAUCH, M.D., P.C.**
F.A.C.A., F.A.C.P., F.A.C.C.
CARDIOVASCULAR DISEASES
CLINICAL RESEARCH

521 MOUNT AUBURN STREET, SUITE 204
WATERTOWN, MASSACHUSETTS 02472-4168
TEL: (617) 923-0800
FAX: (617) 926-5665
E-MAIL: LWEINRAUCH@HMS.HARVARD.EDU
INTERNET: HTTP://WWW.SALU.NET/WEINRAUCH/



TUFTS UNIVERSITY
SCHOOL OF MEDICINE

Stephen E. Hughes
Bonner, Kiernan, Trebach & Crociata LLP
One Liberty Square
Boston, MA 02109

January 23, 2007

In re: Peluis v National Railroad Passenger Corporation

For review of records, depositions and conversations with attorney from 9/8/06 through 1/23/07

| | | |
|---|---|---|
| 6 hours at $400 per hour | = | $ 2,400 |
| Retainer received 9/8/06 | | 2,000 |
| | | |
| Total due | = | $  400 |

Larry A. Weinrauch MD PC
Tax ID 04-2726136

| Case name | File No. | Attorney | Firm | tel | Fax | Hrs @400 | Hrs@800 | Work desc | Total | Date billed | Date paid | Retainer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pelusi v Natio | 04-12236RGS | S Hughes | Brenner Kiernz | 617-426-3900 | 617-426-0380 | 2.25 | | 9/8/06 | | 9/8/06 | | 2000 |
| | | | | | | 1.5 | | 9/9/06 | | | | |
| | | | | | | 1 | | 9/11/06 incl tel SH | | | | |
| | | | | | | 0.5 | | 1/16/07 | | | | |
| | | | | | | 0.1 | | 1/17/07 | | | | |
| | | | | | | 0.4 | | 1/18/07 incl tel SH | | | | |
| | | | | | | 0.25 | | 1/23/07 incl te | 2400 | 1/23/07 | | |

tax ID # 04-2726136