# EXHIBIT 2

One Liberty Square
Boston, MA 02109
Telephone: (617) 426-3900
Facsimile: (617) 426-0380
bktc@bktc.net
www.bktc.net

# BONNER
# KIERNAN
# TREBACH &
# CROCIATA, LLP

Connecticut
Maryland
Massachusetts
New Jersey
New York
Pennsylvania
Rhode Island
Virginia
Washington, DC

September 1, 2006

BY FIRST CLASS MAIL AND FACSIMILE TO 856.914.0429

Thomas J. Joyce, III, Esq.
900 Centerton Road
Mt. Laurel, NJ 08056

RE:    *Robert Pelusi v. National Railroad Passenger Corporation*
       **U.S. District Court for the District of Massachusetts, Case No. 04-12236RGS**

Dear Tom:

I am writing to confirm our telephone conversation held earlier today in which I indicated that Amtrak is willing to offer $15,000 to your client in full settlement of Mr. Pelusi's claims against the company.

This letter also serves as a formal Offer of Judgment, in accordance with Fed.R.Civ.P. Rule 68, allowing judgment to be taken against Amtrak for $15,000.

Please provide me with your client's response as soon as possible since trial is scheduled to commence on October 2nd. As we discussed today and last week, in the event we are unable to settle the case, there are a number of matters which will need prompt attention, including contacting the court concerning a pretrial conference and an agenda for filing various documents with the court, such as witness and exhibit lists, motions in limine, etc.

In addition, I will want to depose your expert, Dr. Berg. I am agreeable to your suggestion that this take place in two phases: (1) I would conduct a short discovery deposition of him lasting approximately one hour; and (2) shortly thereafter, on the same day, we would take his trial deposition on video. I would like to schedule Dr. Berg's deposition for some time during the week of September 11th. I am mentioning this now because, presumably, Dr. Berg will need some advance notice of our plans which involve him. You

may want to contact him soon in order to determine his availaibility.  Early next week, I will provide you with the name and credentials of Amtrak's expert (a cardiologist).

Thank you for your attention to this matter.

Sincerely,

Stephen E. Hughes

cc:    Michael J. McDevitt, Esq.

BONNER
KIERNAN
TREBACH &
CROCIATA, LLP