UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12236-RGS

ROBERT PELUSI

v.

NATIONAL RAILROAD PASSENGER CORP.
(AMTRAK)

ORDER ON MOTION FOR
GRANTING BILL OF COSTS

March 9, 2007

STEARNS, D.J.

　　　An offer of judgment of $15,000 having been tendered on September 1, 2006, and

declined, and plaintiff having recovered nothing, defendant is entitled to recover its post-

offer costs.  Fed. R. Civ. P. 68.  The motion is therefore ALLOWED.  Plaintiff will pay costs

in the amount of $3,851.49, as itemized.

　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　/s/ Richard G. Stearns

　　　　　　　　　　　　　_____

　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE