IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

ROBERT PELUSI,

      Plaintiff,　　　　　　　　　　Civil Action No. 04-12236-RGS

v.

NATIONAL RAILROAD
PASSENGER CORP. (AMTRAK),

      Defendant.

---

PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION
TO DEFENDANT'S MOTION FOR GRANTING BILL OF COSTS

    Plaintiff, Robert Pelusi, moves for leave to file a Response in Opposition to Defendant's Motion for Granting Bill of Costs in order to point out significant applicable case law as well as mitigating facts. Defendant filed its Motion on March 5, 2007. On March 9, 2007, this Honorable Court issued an Order granting Defendant's Motion. Local Rule 7.1(B)(2) allows opposition papers to be filed within 14 days of service of a motion. Plaintiff submits Plaintiff's proposed Response in Opposition to Defendant's Motion for Granting Bill of Costs attached hereto.

    WHEREFORE, Plaintiff, Robert Pelusi, respectfully requests this Honorable Court to permit Plaintiff to file a Response in Opposition to Defendant's Motion for Granting Bill of Costs.

        Respectfully submitted,

        PLAINTIFF,
        Robert Pelusi,
        By his attorneys,


        *s/Thomas J. Joyce, III*
        THOMAS J. JOYCE, III, ESQUIRE
        Law Office of Thomas J. Joyce, III
        900 Centerton Road
        Mount Laurel, NJ 08054
        (856) 914-0220
        Attorney for Plaintiff

        *s/Michael J. McDevitt*
        MICHAEL J. McDEVITT, ESQUIRE
        Lawson & Weitzen
        88 Black Falcon Avenue, Suite 345
        Boston, MA 02110
        (617) 439-4990
        Local Counsel for Plaintiff

DATED: March 12, 2007

CERTIFICATE OF SERVICE

    I, Thomas J. Joyce, III, Esquire, hereby certify that I electronically filed the foregoing Plaintiff's Motion for Leave to File Response in Opposition to Defendant's Motion for Granting Bill of Costs with the Clerk of Court using the ECF system, which sent notification of such filing to Stephen E. Hughes, Esquire, attorney for Defendant, Amtrak.  I have further served a copy of the foregoing by sending same by first class mail, postage prepaid, to Stephen E. Hughes, Esquire, attorney for Defendant, Amtrak, as follows:

    Stephen E. Hughes, Esquire
    Bonner, Kiernan, Trebach & Crociata, LLP
    One Liberty Square, 6th Floor
    Boston, MA 02109

    SO CERTIFIED this 12th day of March 2007.

                                                *s/Thomas J. Joyce, III*
                                               THOMAS J. JOYCE, III, ESQUIRE