UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12236-RGS

ROBERT PELUSI

v.

NATIONAL RAILROAD PASSENGER CORP.
(AMTRAK)

ORDER ON MOTION FOR
RECONSIDERATION OF ORDER
GRANTING BILL OF COSTS

March 21, 2007

STEARNS, D.J.

In Delta Air Lines, Inc. v. August, 450 U.S. 346 (1981), the United States Supreme Court held that the plaintiff's duty to pay costs upon rejecting a settlement offer under Fed. R. Civ. P. 68 "is simply inapplicable to [a] case . . . [where] it was the defendant that obtained the judgment." Id. at 352. Accordingly, in this case where the jury ruled in defendant's favor and awarded the plaintiff nothing, the court erred in allowing the bill of costs. On reconsideration, the motion for costs is DENIED.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE